1

2

3

4

5

6

7

8                                  IN THE UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10    KENNETH MOORE, JR.

11              Plaintiff,                              No. 2:12-cv-0475 GGH P

12        vs.

13    CALIFORNIA DEPT. OF
       CORRECTIONS, et al.
14              Defendants.                             ORDER FOR PAYMENT

15    _____ /               OF INMATE FILING FEE

16    To:  Director of the California Department of Corrections and Rehabilitation, 1515 S Street,

17    Sacramento, California 95814:

18              Plaintiff, a state prisoner proceeding in forma pauperis, is obligated to pay the

19    statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of

20    20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the

21    average monthly balance in plaintiff's account for the 6-month period immediately preceding the

22    filing of this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial filing fee,

23    plaintiff will be obligated to make monthly payments in the amount of twenty percent of the

24    preceding month's income credited to plaintiff's trust account.  The California Department of

25    Corrections and Rehabilitation is required to send to the Clerk of the Court the initial partial

26    filing fee and thereafter payments from plaintiff's prison trust account each time the amount in

                                                        1

1   the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C.

2   § 1915(b)(2).

3   Good cause appearing therefore, IT IS HEREBY ORDERED that:

4   1.  The Director of the California Department of Corrections and Rehabilitation or

5   a designee shall collect from plaintiff's prison trust account an initial partial filing fee in

6   accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall

7   forward the amount to the Clerk of the Court.  The payment shall be clearly identified by the

8   name and number assigned to this action.

9   2.  Thereafter, the Director of the California Department of Corrections and

10   Rehabilitation or a designee shall collect from plaintiff's prison trust account monthly payments

11   from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding

12   month's income credited to the prisoner's trust account and forward payments to the Clerk of the

13   Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C.

14   § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full.  The payments shall

15   be clearly identified by the name and number assigned to this action.

16   3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

17   plaintiff's signed in forma pauperis affidavit on Director, California Department of Corrections

18   and Rehabilitation, 1515 S Street, Sacramento, California 95814.

19   4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

20   Department of the court.

21   DATED: September 20, 2012

22

23   /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

24

ggh:rb/moor0475.cdc

25

26

2