IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH MOORE, JR.,

    Plaintiff,                   No. 2:12-CV-0475 GGH P

    vs.

CALIFORNIA DEPT. OF CORRECTIONS, et al.,

    Defendants.              ORDER

_____/

        By order filed September 20, 2012, the court granted plaintiff thirty days to file a second amended complaint. In the September 20, 2012 order, the court informed plaintiff of the deficiencies in his first amended complaint. The thirty day period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

        Plaintiff has consented to this court's jurisdiction. See Doc. No. 4. For the reasons given in the May 1, 2012 and September 20, 2012 orders, IT IS HEREBY ORDERED that this action be dismissed with prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: November 8, 2012

                            /s/ Gregory G. Hollows
                      UNITED STATES MAGISTRATE JUDGE